B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Employment Screening Profiles, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA TruBackgrounds | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>59-3490272 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>4025 Tampa Road, Suite 1206<br>Oldsmar, FL<br>ZIP Code: 34677 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Pinellas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>100 Cummings Ctr. 235M<br>Beverly, MA<br>ZIP Code: 01915 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**        *** Harold B. Murphy   BBO #362610 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Employment Screening Profiles, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: - None - | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Employment Screening Profiles, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  /s/ Harold B. Murphy
Signature of Attorney for Debtor(s)

Harold B. Murphy  BBO #362610
Printed Name of Attorney for Debtor(s)

Murphy & King
Firm Name

Professional Corporation
One Beacon Street
Boston, MA 02108
Address

(617) 423-0400  Fax: (617) 423-0498
Telephone Number

June 16, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Kenneth W. Kaiser
Signature of Authorized Individual

Kenneth W. Kaiser
Printed Name of Authorized Individual

Interim President and Chief Executive Officer
Title of Authorized Individual

June 16, 2011
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re     Employment Screening Profiles, Inc.                                     Case No. _____
                                             Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Dataphant Inc. | | |
| Entersect Corporation | | |
| LocatePLUS Corporation | | |
| LocatePLUS Holdings Corporation | | |
| Worldwide Information Inc. | | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re     **Employment Screening Profiles, Inc.**                                 Case No. _____
                                   Debtor(s)                                        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Office of Court Administration<br>25 Beaver Street<br>New York, NY 10004 | Office of Court Administration<br>25 Beaver Street<br>New York, NY 10004 | Trade debt | | 6,630.00 |
| Phoenix Research, Inc.<br>P.O. Box 589<br>Mount Orab, OH 45154-0589 | Phoenix Research, Inc.<br>P.O. Box 589<br>Mount Orab, OH 45154-0589 | Trade debt | | 6,023.00 |
| Boardroom Consulting Group<br>501 Turkey Pointe Circle<br>Columbia, SC 29223 | Boardroom Consulting Group<br>501 Turkey Pointe Circle<br>Columbia, SC 29223 | Trade debt | | 3,393.92 |
| Amy Cameron<br>4111 Old Village Way<br>Oldsmar, FL 34677 | Amy Cameron<br>4111 Old Village Way<br>Oldsmar, FL 34677 | Trade debt | | 2,007.00 |
| JB Data & Research<br>502 South 19th Avenue<br>#103<br>Bozeman, MT 59718 | JB Data & Research<br>502 South 19th Avenue<br>#103<br>Bozeman, MT 59718 | Trade debt | | 1,899.00 |
| Backgroundschecks.com<br>P.O. Box 890468<br>Charlotte, NC 28289 | Backgroundschecks.com<br>P.O. Box 890468<br>Charlotte, NC 28289 | Trade debt | | 1,794.75 |
| ONLC Training Centers<br>505 Carr Road<br>Suite 101<br>Wilmington, DE 19809 | ONLC Training Centers<br>505 Carr Road<br>Suite 101<br>Wilmington, DE 19809 | Trade debt | | 1,635.00 |
| Suntrust Bank<br>P.O. Box 4928<br>Orlando, FL 32802-4928 | Suntrust Bank<br>P.O. Box 4928<br>Orlando, FL 32802-4928 | Trade debt | | 1,482.54 |
| Bryan Clifford<br>P.O. Box 640<br>Antrim, NH 03440 | Bryan Clifford<br>P.O. Box 640<br>Antrim, NH 03440 | Trade debt | | 1,365.00 |
| Society for Human Resource Management<br>P.O. Box 79482<br>Baltimore, MD 21279-0482 | Society for Human Resource Management<br>P.O. Box 79482<br>Baltimore, MD 21279-0482 | Trade debt | | 925.00 |
| Diamond Abstractors<br>P.O. Box 751501<br>Las Vegas, NV 89136-1501 | Diamond Abstractors<br>P.O. Box 751501<br>Las Vegas, NV 89136-1501 | Trade debt | | 772.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Employment Screening Profiles, Inc.**                              Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PT Research, Inc.<br>P.O. Box 4540<br>Manchester, NH 03108 | PT Research, Inc.<br>P.O. Box 4540<br>Manchester, NH 03108 | Trade debt | | 722.00 |
| Deltacom<br>P.O. Box 2252<br>Birmingham, AL 35246-1058 | Deltacom<br>P.O. Box 2252<br>Birmingham, AL 35246-1058 | Trade debt | | 579.29 |
| Mike Tardif<br>8294 30th Avenue N<br>Saint Petersburg, FL 33710 | Mike Tardif<br>8294 30th Avenue N<br>Saint Petersburg, FL 33710 | | | 520.00 |
| Billy Brock<br>P.O. Box 517<br>Verona, MS 38879 | Billy Brock<br>P.O. Box 517<br>Verona, MS 38879 | Trade debt | | 430.00 |
| Mr. Holmes Investigations<br>P.O. Box 3176<br>Jackson, MS 39207-3176 | Mr. Holmes Investigations<br>P.O. Box 3176<br>Jackson, MS 39207-3176 | Trade debt | | 425.00 |
| Pro-Tech Investigations, LLC<br>509 Central Avenue<br>Suite 249<br>Laurel, MS 39441-3880 | Pro-Tech Investigations, LLC<br>509 Central Avenue<br>Suite 249<br>Laurel, MS 39441-3880 | Trade debt | | 335.00 |
| HR Plus<br>8745 West Higgins Road<br>Suite 110<br>Chicago, IL 60631 | HR Plus<br>8745 West Higgins Road<br>Suite 110<br>Chicago, IL 60631 | Trade debt | | 298.70 |
| Stanley Holbert<br>16050 Sheldon Road<br>Brook Park, OH 44142 | Stanley Holbert<br>16050 Sheldon Road<br>Brook Park, OH 44142 | Trade debt | | 277.50 |
| Chandler Record Search<br>569 Sweetgun Cove<br>Greenville, MS 38701-4563 | Chandler Record Search<br>569 Sweetgun Cove<br>Greenville, MS 38701-4563 | Trade debt | | 246.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Interim President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 16, 2011**                        Signature   **/s/ Kenneth W. Kaiser**
                                                            **Kenneth W. Kaiser**
                                                            **Interim President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## CERTIFICATION OF CORPORATE VOTE AND RESOLUTION
## ACTIONS TAKEN BY THE BOARD OF DIRECTORS

**Employment Screening Profiles, Inc.**
**(dba TruBackgrounds)**

### Special Meeting of the Board of Directors

A telephonic meeting of the Board of Directors of Employment Screening Profiles, Inc., dba TruBackgrounds (the "Corporation"), a Florida corporation, was held on June 16, 2011. Directors George Isaac, Ronald Lifton, Patrick Murphy, Anthony Spatorico, and Derrick Spatorico attended the meeting attended telephonically. The Secretary confirmed that the participants by telephone conference were able to hear and participate in the discussion and votes, and that a quorum was present.

Upon motion duly made and seconded, it was

**VOTED:** That the Corporation seek relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code");

**VOTED:** That Kenneth Kaiser, the Interim President and Interim CEO and Brian McHugh, the CFO of the Corporation (the "Authorized Officers"), be and hereby is authorized and directed to: (i) prepare and file on behalf of the Corporation a petition for relief under Chapter 11 of the Bankruptcy Code, (ii) execute on behalf of the Corporation such petition, schedules and statement as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) cause the Corporation to perform its functions and duties as a debtor in possession pursuant to the applicable provisions of the Bankruptcy Code, (iv) to take such steps on behalf of the Corporation as may be necessary and appropriate to the Corporation's reorganization effort (including, without limitation, the sale or other disposition of property other than in the ordinary course of business), (v) prepare and propose to creditors such plan as the Authorized Officer may deem to be feasible and in the best interests of the Corporation, (vi) file any pleadings appropriate or necessary for the Corporation to seek relief under any other chapter of the Bankruptcy Code, and (vii) execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Corporation; the execution of any document or the doing of

any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this Resolution;

**VOTED**:   That, subject to the approval of the Court having jurisdiction of the Corporation's Chapter 11 case, the Corporation, as debtor in possession or otherwise, employ as its bankruptcy counsel the law firm of Murphy & King, Professional Corporation, One Beacon Street, 21st Floor, Boston, Massachusetts 02108 at its standard hourly rates, subject to any power of said Court to determine their reasonable compensation and reimbursement of expenses, and to pay a retainer in connection therewith; and that the Authorized Officer is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention; and

**VOTED**:   That the Authorized Officer is authorized, empowered and directed, in the name and on behalf of the Corporation to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certification or other documents, and to take such other action, as in the judgment of the Authorized Officer shall be or become necessary, proper and desirable, with a view to the successful prosecution of the Chapter 11 case; and

**VOTED**:   That, subject to the approval of the Court having jurisdiction of the Corporation's Chapter 11 case, the Authorized Officer is authorized, empowered and directed, in the name and on behalf of the Corporation, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 case with a view to the successful prosecution of the case.

There being no further business to transact at the Special Meeting, and upon motion duly made and seconded, it was

**VOTED**:   To adjourn.

Adjourned as voted.

A true record.

*[signature]*

_____,
Secretary

#596782

2